UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:13 - MJ -0263 DAD |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA ANTHONY BOND | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                       () Ad Testificandum

Name of Detainee:           JOSHUA ANTHONY BOND
Detained at (custodian):     GLEN COUNTY JAIL

Detainee is:     a.)     (X) charged in this district by:   ( ) Indictment    ( ) Information  (X) Complaint
                          charging detainee with: Drug Trafficking
    or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     (X) return to the custody of detaining facility upon termination of proceedings
    or     b.)     ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **SEPTEMBER 4, 2013** *in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michelle Rodriguez |
| Printed Name & Phone No: | Michelle Rodriguez (916) 554-2773 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                       () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *September 4, 2013*, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: August 27, 2013.

_____
United States Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Gender: | Male |
| Booking or CDC #: | _____ | DOB: | 10/06/1988 |
| Facility Address: | 141 S. Lassen Street | Race: | |
| | Willows, CA 9598 | FBI #: | |

Facility Phone:
Currently Incarcerated For:     Drug Trafficking

---

### RETURN OF SERVICE

Executed on   _____   By: _____
                                                                                (Signature)