| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:13 - MJ -0263 DAD |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA ANTHONY BOND | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                        ( ) Ad Testificandum

Name of Detainee:           JOSHUA ANTHONY BOND
Detained at (custodian):    GLEN COUNTY JAIL

Detainee is:       a.)    (X) charged in this district by:   ( ) Indictment    ( ) Information  (X) Complaint
                                      charging detainee with: Drug Trafficking
      or     b.)    ( )   a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
      or     b.)    (X)  be retained in federal custody until final disposition of federal charges, as a
                                   sentence is currently being served at the detaining facility

*Appearance is necessary **SEPTEMBER 4, 2013** in the Eastern District of California.*

                              Signature:                      /s/ Michelle Rodriguez
                              Printed Name & Phone No:    Michelle Rodriguez (916) 554-2773
                              Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                        ( ) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *September 4, 2013 ,* before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: August 29, 2013.

                                                                             _____
                                                                             United States Magistrate Judge

_____

Please provide the following, if known:

AKA(s) (if applicable):         _____                          Gender: Male
Booking or CDC #:           _____                          DOB:   10/06/1988
Facility Address:             141 S. Lassen Street                 Race:
                               Willows, CA 9598                    FBI #:

Facility Phone:
Currently Incarcerated For:    Drug Trafficking

_____
### RETURN OF SERVICE

Executed on    _____          By: _____
                                                                            (Signature)