```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JOSHUA ANTHONY BOND

 8

 9
                     IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,       )  No. 13-mj-263-DAD
14                                  )
                 Plaintiff,         )
15                                  )  STIPULATION AND ORDER TO EXTEND
         v.                         )  TIME FOR PRELIMINARY HEARING AND
16                                  )  EXCLUDE TIME
    JOSHUA ANTHONY BOND,            )
17                                  )
                 Defendant.         )  Date:  October 4, 2013
18                                  )  Time:  2:00 pm
    _____ )  Judge: Hon. Dale A. Drozd
19

20
```

21       Plaintiff, United States of America, by and through Assistant

22  United States Attorney, MICHELLE RODRIGUEZ, and Defendant, JOSHUA

23  ANTHONY BOND, individually and his counsel of record, LINDA C. HARTER,

24  Chief Assistant Federal Defender, hereby stipulate to continue the

25  Preliminary Hearing set for October 4, 2013 to November 8, 2013, at

26  2:00 p.m.

27       The parties agree that the time beginning from the date of this

28  stipulation extending through November 8, 2013, should be excluded from

1 the calculation of time under the Speedy Trial Act.  Further, the
2 Defendant consents to an extension of the time for a Preliminary
3 Hearing until November 8, 2013, Fed.R.Crim.P. 5.1(d).  The parties
4 submit that the ends of justice are served by the Court excluding such
5 time, so that they may have reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence.  18
7 U.S.C. §3161(h)(7)(B)(iv).  In particular, the time is required so that
8 the parties can conduct investigation and discuss a proposed
9 disposition.  The defendant consents to this continuance.

10     The parties stipulate that this interest of justice outweighs the
11 interest of the public and the defendant in a speedy trial, 18 U.S.C. §
12 3161(b) and (h)(7)(A), and further that this good cause outweighs the
13 public's interest in the prompt disposition of criminal cases.
14 Fed.R.Crim.P. 5.1(d).

Dated:  September 30, 2013

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender


                                    /s/ Linda C. Harter
                                    _____
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    JOSHUA ANTHONY BOND


Dated:  September 30, 2013          BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Linda C. Harter for
                                    _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

**ORDER**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely effect the public's interest in the prompt disposition of criminal cases. THEREFOR, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to November 8, 2013, at 2:00 p.m.

2. This time between September 30, 2013 and November 8, 2013 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear on November 8, 2013 before the Magistrate Judge on duty.

**IT IS SO ORDERED.**

Dated: October 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE