HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JOSHUA ANTHONY BOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:14-CR-00019 TLN |
| Plaintiff, | ) ) | STIPULATION AND ORDER |
| v. | ) ) | CONTINUING CHANGE OF PLEA HEARING AND EXCLUDE TIME |
| JOSHUA ANTHONY BOND, | ) ) | |
| Defendants. | ) ) | DATE:     March 6, 2014 TIME:     9:30 a.m. |
| | ) ) | JUDGE:   Hon. Troy L. Nunley |

Plaintiff, United States of America, by and through Assistant United States Attorney, MICHELLE RODRIGUEZ, and Defendant, JOSHUA ANTHONY BOND, individually and his counsel of record, BENJAMIN GALLOWAY,  Assistant Federal Defender, hereby stipulate to continue the Status Conference set for February 20, 2014 to a Change of Plea hearing on March 6, 2014, at 9:30 a.m..

The parties have reached a plea agreement which the government is reducing to writing. Once the agreement is received, counsel for the defendant will travel to the Nevada County Jail to review it with Mr. Bond and prepare for his change of plea.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the change of plea hearing set for March 6, 2014,  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:  February 13, 2014                        Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Public Defender

                                                 */s/ Benjamin Galloway*
                                                 BENJAMIN GALLOWAY
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 JOSHUA ANTHONY BOND

Dated: February 13, 2014                         BENJAMIN WAGNER
                                                 United States Attorney

                                                 */s/ Michelle Rodriguez*
                                                 MICHELLE RODRIQUEZ
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

## ORDER

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

    The Court orders that the time from the date of the parties stipulation, up to and including March 6, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the February 20, 2014 change of plea hearing shall be continued until March 6, 2014, at 9:30 a.m.

Dated: February 14, 2014

                              _____
                              Troy L. Nunley
                              United States District Judge